IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANJUANITA GONZALES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAPIO PARTNERS, LLC & CF MEDICAL ) <br> LLC, ) <br> ) <br> ) <br> ) <br> Defendants. ) | Case No.: 1:21-cv-2766 <br><br> Removed from: <br><br> Cook County <br> Circuit Court, Chancery Division <br> Case No.: 2021 CH 01715 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Capio Partners, LLC ("Capio") and CF Medical, LLC ("CF"), by its attorneys, respectfully files this Notice of Removal to remove this action from the Circuit Court of Cook County, Chancery Division in Cook County, Illinois, to the United States District Court for the Northern District of Illinois. In support of this Notice of Removal, Capio and CF state as follows:

1. Plaintiff, Sanjuanita Gonzales, originally commenced this action by filing a Complaint against Capio and CF in the Cook County Circuit Court, Chancery Division, captioned *Sanjuanita Gonzales v. Capio Partners, LLC & CF Medical, LLC*, Case No.: 2021 CH 01715, on April 9, 2021. The complaint was served on Capio and CF's registered agent on April 21, 2021. A true and correct copy of the Complaint is attached hereto as Exhibit A. No further proceedings before the state court have occurred.

2. For the reasons described below, this Court has jurisdiction over the state court action pursuant to 28 U.S.C. § 1331 because Plaintiff's Complaint alleges a cause of action arising under the laws of the United States.

3. Plaintiff's Complaint alleges that Capio and CF violated the Federal Debt Collection Practices Act due to Capio and CF's allegedly unlawful collection activities concerning an account which was owed by the Plaintiff.

4. The United States Supreme Court has affirmed that federal question jurisdiction exists when presented with a substantial federal question. *Grable & Sons Metal Prods., Inc. v. Darue Eng. & Mfg.*, 545 U.S. 308 (2005). Because Plaintiff seeks relief for a cause of action arising under a federal statute, the Complaint asserts a federal question under 28 U.S.C. § 1331 and 15 U.S.C. § 1692k, and it is therefore removable pursuant to 28 U.S.C. § 1441.

5. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) in that it is being filed within thirty (30) days after service of the Complaint on Defendant Capio and CF. Capio and CF were served on April 21, 2021. *See* Exhibit B (state court docket).

6. The Cook County Circuit Court, Chancery Division is located within the federal Northern District of Illinois. Therefore, venue for purposes of removal is proper because the United States District Court for the Northern District of Illinois embraces the place in which the removed action was pending. 28 U.S.C. § 1441(a).

7. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being caused to be served on Plaintiff, through her attorneys, at the address provided in the

Complaint. Notice will also be promptly filed with the clerk of the Cook County Circuit Court, Chancery Division.

8. Capio and CF file this Notice of Removal solely for the purpose of removing the state court action and do not waive, and specifically reserve, all defenses.

WHEREFORE, Defendant Capio Partners, LLC and CF Medical, LLC give notice that this action is removed to the United States District Court for the Northern District of Illinois, and respectfully requests that no further proceedings in this matter be had in the Cook County Circuit Court, Chancery Division.

Date: 5/21/2021                                  Respectfully submitted,

                                              s/ *Morgan I. Marcus*
                                              Morgan I. Marcus
                                              Andrew E. Cunningham
                                              Sessions, Israel & Shartle, LLC
                                              141 West Jackson Boulevard, Suite 3550
                                              Chicago, Illinois 60604
                                              Telephone: (312) 578-0985
                                              E-mail: mmarcus@sessions.legal
                                                           acunningham@sessions.legal

                                              *Attorneys for Defendants*
                                              *Capio Partners, LLC and CF Medical, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 21, 2021, I electronically filed the foregoing **Notice of Removal** with the Clerk of Court using the CM/ECF system. A copy of this document and all attachments are being delivered by regular mail and electronic mail to Plaintiff's counsel at the following address:

Michael Drew
Neighborhood Legal LLC
20 N. Clark Suite 3300
Chicago, IL 60602
mwd@neighborhoodlegal.com

Michael Wood
Celetha Chatman
Community Lawyers LLC
20 N. Clark Suite 3100
Chicago, IL 60602
cchatman@communitylawyersgroup.com

Respectfully submitted,

s/ *Morgan I. Marcus*
Morgan I. Marcus, Esq.

*Attorney for Defendants*
*Capio Partners, LLC and CF Medical, LLC*

4