# EXHIBIT A

Return Date: No return date scheduled
Hearing Date: 8/9/2021 9:45 AM - 9:45 AM
Courtroom Number: 2508
Location: District 1 Court
    Cook County, IL

\* S 0 0 7 1 0 9 6 \*

FILED
4/12/2021 1:35 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021CH01715

12916794

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| Summons - Alias Summons | | (12/01/20) CCG 0001 A |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

SANJUANITA GONZALEZ, on behalf of
herself and all others similarly situated,

                                 Plaintiff(s)

v.

CAPIO PARTNERS, LLC & CF MEDICAL,
LLC

                             Defendant(s)

Capio Partners c/o CT Corporation System
208 S. LaSalle St., Suite 814, Chicago, IL 60604

               Address of Defendant(s)

Case No.    2021CH01715

Please serve as follows (check one): ◯ Certified Mail   ◉ Sheriff Service   ◯ Alias

### SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached.
You are summoned and required to file your appearance, in the office of the clerk of this court,
within 30 days after service of this summons, not counting the day of service. If you fail to do so, a
judgment by default may be entered against you for the relief asked in the complaint.

### THERE WILL BE A FEE TO FILE YOUR APPEARANCE.

To file your written appearance/answer **YOU DO NOT NEED TO COME TO THE
COURTHOUSE.** You will need: a computer with internet access; an email address; a completed
Appearance form that can be found at http://www.illinoiscourts.gov/Forms/approved/procedures/
appearance.asp; and a credit card to pay any required fees.

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**

cookcountyclerkofcourt.org

Summons - Alias Summons .* (12/01/20) CCG 0001 B

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

Please call or email the appropriate clerk's office location (on Page 3 of this summons) to get your court hearing date AND for information whether your hearing will be held by video conference or by telephone. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

**NOTE: Your appearance date is NOT a court date. It is the date that you have to file your completed appearance by. You may file your appearance form by efiling unless you are exempted.**

A court date will be set in the future and you will be notified by email (either to the email address that you used to register for efiling, or that you provided to the clerk's office).

**CONTACT THE CLERK'S OFFICE for information regarding COURT DATES by visiting our website: cookcountyclerkofcourt.org; download our mobile app from the AppStore or Google play, or contact the appropriate clerk's office location listed on Page 3.**

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

○ Atty. No.: 60070
○ Pro Se 99500

Name: Michael Wood

Atty. for (if applicable):

Community Lawyers LLC

Address: 20 N. Clark Street, Suite 3100

City: Chicago

State: IL   Zip: 60603

Telephone: (312) 757-1880

Primary Email: mwood@communitylawyersgroup.com

Witness date _____

4/12/2021 1:35 PM IRIS Y. MARTINEZ

IRIS Y. MARTINEZ, Clerk of Court

☐ Service by Certified Mail: _____

☐ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

* 5 . 0 0 7 1 0 9 6 *

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION

**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5133

### CIVIL DIVISION

**Court date EMAIL:**  CivCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5116

### COUNTY DIVISION

**Court date EMAIL:**  CntyCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION

**Court date EMAIL:** DRCourtDate@cookcountycourt.com
OR
ChildSupCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-6300

### DOMESTIC VIOLENCE

**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info:    (312) 325-9500

### LAW DIVISION

**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5426

### PROBATE DIVISION

**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-6441

### ALL SUBURBAN CASE TYPES

### DISTRICT 2 - SKOKIE

**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info:    (847) 470-7250

### DISTRICT 3 - ROLLING MEADOWS

**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info:    (847) 818-3000

### DISTRICT 4 - MAYWOOD

**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info:    (708) 865-6040

### DISTRICT 5 - BRIDGEVIEW

**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info:    (708) 974-6500

### DISTRICT 6 - MARKHAM

**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info:    (708) 232-4551

Return Date: No return date scheduled
Hearing Date: 8/9/2021 9:45 AM - 9:45 AM
Courtroom Number: 2508
Location: District 1 Court
    Cook County, IL

.•* 5. 0 0 7 1 0 9 6 * ·
FILED
4/12/2021 1:35 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021CH01715

12916794

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| Summons - Alias Summons | | (12/01/20) CCG 0001 A |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

SANJUANITA GONZALEZ, on behalf of
herself and all others similarly situated,

                              Plaintiff(s)

v.

CAPIO PARTNERS, LLC & CF MEDICAL,
LLC

                             Defendant(s)

Capio Partners c/o CT Corporation System
208 S. LaSalle St., Suite 814, Chicago, IL 60604

              Address of Defendant(s)

Case No.   2021CH01715

Please serve as follows (check one):   ○ Certified Mail   ● Sheriff Service   ○ Alias

### SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached.
You are summoned and required to file your appearance, in the office of the clerk of this court,
within 30 days after service of this summons, not counting the day of service. If you fail to do so, a
judgment by default may be entered against you for the relief asked in the complaint.

### THERE WILL BE A FEE TO FILE YOUR APPEARANCE.

To file your written appearance/answer **YOU DO NOT NEED TO COME TO THE
COURTHOUSE.** You will need: a computer with internet access; an email address; a completed
Appearance form that can be found at http://www.illinoiscourts.gov/Forms/approved/procedures/
appearance.asp; and a credit card to pay any required fees.

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**

cookcountyclerkofcourt.org

Summons - Alias Summons · (12/01/20) CCG 0001 B

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www. illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

Please call or email the appropriate clerk's office location (on Page 3 of this summons) to get your court hearing date AND for information whether your hearing will be held by video conference or by telephone. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

**NOTE:  Your appearance date is NOT a court date.  It is the date that you have to file your completed appearance by.  You may file your appearance form by efiling unless you are exempted.**

A court date will be set in the future and you will be notified by email (either to the email address that you used to register for efiling, or that you provided to the clerk's office).

**CONTACT THE CLERK'S OFFICE for information regarding COURT DATES by visiting our website: cookcountyclerkofcourt.org; download our mobile app from the AppStore or Google play, or contact the appropriate clerk's office location listed on Page 3.**

To the officer:  (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service.  If service cannot be made, this summons shall be returned so endorsed.  This summons may not be served later than thirty (30) days after its date.

○ Atty. No.: 60070

○ Pro Se 99500

Name: Michael Wood

Atty. for (if applicable):

Community Lawyers LLC

Address: 20 N. Clark Street, Suite 3100

City: Chicago

State: IL    Zip: 60603

Telephone: (312) 757-1880

Primary Email: mwood@communitylawyersgroup.com

Witness date _____

4/12/2021 1:35 PM IRIS Y. MARTINEZ

IRIS Y. MARTINEZ, Clerk of Court

☐ Service by Certified Mail: _____

☐ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**

**cookcountyclerkofcourt.org**

# GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info:     (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info:     (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info:     (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
                OR
                ChildSupCourtDate@cookcountycourt.com
Gen. Info:     (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info:     (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info:     (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info:     (312) 603-6441

### ALL SUBURBAN CASE TYPES

### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info:     (847) 470-7250

### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info:     (847) 818-3000

### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info:     (708) 865-6040

### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info:     (708) 974-6500

### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info:     (708) 232-4551

Return Date: No return date scheduled
Hearing Date: 8/9/2021 9:45 AM - 9:45 AM
Courtroom Number: 2508
Location: District 1 Court
        Cook County, IL

* 5 0 0 7 1 0 9 6 *

FILED
4/9/2021 11:47 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021CH01715

12894952

Firm No. 44324

**IN THE**
**CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, CHANCERY DIVISION**

| | |
|---|---|
| SANJUANITA GONZALES, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CAPIO PARTNERS, LLC, & CF MEDICAL, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. **2021CH01715**

<u>Jury Demanded</u>

## <u>CLASS ACTION COMPLAINT</u>

Plaintiff, Sanjuanita Gonzales, on behalf of herself and all putative class members, brings this action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. ("FDCPA"), and alleges:

## <u>NATURE OF THE CASE</u>

1.      The FDCPA is a broad, remedial statute that prohibits unfair or unconscionable collection methods, conduct which harasses or abuses any debtor, and the use of any false or deceptive statements in connection with debt collection attempts.

2.      In enacting the FDCPA, Congress found that: "[t]here is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy." 15 U.S.C. §1692(a).

3.      Moreover, Congress has explicitly described the FDCPA as regulating "abusive practices" in debt collection. 15 U.S.C. §§ 1692(a) – 1692(e). Any person who receives a debt

collection letter containing a violation of the FDCPA is a victim of abusive practices. *See* 15 U.S.C. §§ 1692(e) ("It is the purpose of this subchapter to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses").

4.      To this end, the FDCPA encourages consumers to act as "private attorneys general" to enforce the public policies and protect the civil rights expressed therein. *Crabill v. Trans Union, LLC*, 259 F.3d 662, 666 (7th Cir. 2001).

5.      Because of this, courts have held that "the FDCPA's legislative intent emphasizes the need to construe the statute broadly, so that we may protect consumers against debt collectors' harassing conduct" and that "[t]his intent cannot be underestimated." *Ramirez v. Apex Financial Management LLC*, 567 F. Supp. 2d 1035, 1042 (N.D. Ill. 2008).

6.      Plaintiff seeks to enforce those policies and civil rights which are expressed through the FDCPA, 15 U.S.C. § 1692 *et seq.*

## JURISDICTION AND VENUE

7.      "An action to enforce any liability created by [the FDCPA] may be brought in any appropriate United States district court without regard to the amount in controversy, **or in any other court of competent jurisdiction**, within one year from the date on which the violation occurs." 15 U.S.C. § 1692k(d). (emphasis added).

8.      Personal jurisdiction over Defendant is proper under 735 ILCS 5/2-209(a)(l) (transaction of any business within this State), section 2-209(b)(4) (corporation doing business within this State), and section 2-209(c) (any other basis now or hereafter permitted by the Illinois Constitution and the Constitution of the United States).

9.    Defendant collects debts from consumers in Illinois and has a registered agent in Illinois.

10.   Venue is proper in this County pursuant to 735 ILCS 5/2-101, because this is the county in which the transactions and occurrences at issue, or some part thereof, occurred. In addition, Defendant regularly does business in this County.

11.   Pursuant to General Order No. 1.2 of the Circuit Court of Cook County, this action is properly before the Chancery Division of the County Department because it is a putative Class Action.

**PARTIES**

12.   Plaintiff, Sanjuanita Gonzāles ("Plaintiff"), is a resident of the state of Illinois from whom Defendant attempted to collect a consumer debt allegedly owed for a defaulted medical account with NorthStar Anesthesia of Illinois LLC Plaintiff is thus a "consumer" as that term is defined in 15 U.S.C. § 1692a(3) of the FDCPA.

13.   Defendant, Capio Partners, LLC ( "Capio"), is a Texas limited liability company that does or transacts business in Illinois.

14.   Capio holds a collection agency license from the State of Illinois.

15.   Capio regularly collects or attempts to collect defaulted consumer debts due or asserted to be due another, and is therefore a "debt collector" as defined in 15 U.S.C. § 1692a(6) of the FDCPA.

16.   Defendant CF Medical Billing, LLC ("CF") is a Florida limited liability company that does or transacts busines in Illinois.

17.   CF holds a collection agency license from the State of Illinois.

18. CF regularly collects or attempts to collect defaulted consumer debts due or asserted to be due another, and is therefore a "debt collector" as defined in 15 U.S.C. § 1692a(6) of the FDCPA.

## FACTUAL ALLEGATIONS

19. Plaintiff incurred an alleged medical debt originally owed to NorthStar Anesthesia of Illinois, LLC ("alleged debt"). The alleged debt is a "debt" as that term is defined at § 1692a(5) of the FDCPA.

20. The debt went into default and was sold to CF Medical, LLC.

21. Capio subsequently began collecting the alleged debt.

22. On or about November 13, 2020, Capio sent a collection letter ("Letter") directly to Plaintiff regarding the alleged debt. (Exhibit A, Letter).

23. The Letter conveyed information regarding the alleged debt, including an account number, client number, and an amount due.

24. The Letter was thus a "communication" as that term is defined at §1692a(2) of the FDCPA.

25. The Letter states in relevant part that:

**CAN THIS BE CREDIT REPORTED?**
Yes. Medical accounts may be reported to credit reporting agencies. Please be advised that we may report the failure to pay the account to credit reporting agencies if you do not resolve the above-referenced account.
Exhibit A, Letter

26. In fact, none of the accounts had been reported to a credit bureau <u>nor could any of the accounts been reported or displayed on Plaintiff's credit report</u>.

27. A medical debt may not be reported or displayed on a credit report until the bill is 180 days beyond the date of the first delinquency.

28.     Plaintiff received medical services on June 29, 2020, meaning 6 months had not yet passed from the date of service, let alone from the date of first delinquency on the bill arising from those services.

29.     The Consumer Reporting Agencies ("CRAs") – i.e., TransUnion, Equifax, and Experian – have signed an agreement with the Attorney General of the State of Illinois prohibiting this exact type of reporting since 2015.

30.     The agreement states in relevant part:

> To allow appropriate time for insurance remediation and clarity on what a consumer's individual payment obligation is for a medical account, the CRAs shall prevent the reporting and display of medical debt identified and furnished by Collection Furnishers when the date of the first delinquency is less than one hundred and eighty (180) days prior to the date that the account is reported to the CRAs.
> Assurance of Voluntary Compliance, *In the Matter of the Investigation by Eric T. Schneiderman, Attorney General of the State of New York* (New York, 2015)

31.     Regardless of what information Capio or CF sent to the CRAs, the account could not have been reported on Plaintiff's personal credit report at the time the letter was sent.

32.     Capio's threat was intended to make the consumer afraid of negative effects on her credit report and rating, despite the grace period.

33.     Capio made this false threat in an attempt to coerce Plaintiff into paying the balance in full on the alleged debt upon receipt of the Letter.

34.     Plaintiff was confused, concerned, and worried by Capio threatening to report the medical debt to the CRAs and having the negative reporting show up on her credit report.

35.     It is improper under the FDCPA to imply that certain outcomes might befall a delinquent debtor when, legally, those outcomes cannot come to pass. *Lox v. CDA, Ltd.*, 689 F.3d 818, 825 (7th Cir.2012).

. * 5 0 0 7 1 0 9 6 *

36.. Conditional language (e.g. "*may* report the failure to pay") does not insulate a debt collector from liability. *Gonzales v. Arrow Fin. Servs., LLC*, 660 F.3d 1055 (9th Cir. 2011) (Cited by *Lox v. CDA, Ltd.*, 689 F.3d 818 (7th Cir. 2012).

37. The debts were still well within the grace period when Defendant sent the Letter.

38. Capio's threats to Plaintiff's good credit were false and designed to coerce payment.

39. 15 U.S.C. § 1692e of the FDCPA provides as follows:

**False or misleading representations**

**A debt collector may not use any false, deceptive, or misleading representations or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:**

**. . . (5) The threat to take any action that cannot legally be taken or that is not intended to be taken. . .**

**. . . (10) The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer. . . .**

40. Capio threatened an action that could not legally be taken, in violation of 15 U.S.C. §§ 1692e, 1692e(5) and 1692e(10), when it suggested that Plaintiff's medical debts could be reported on her credit report despite being within the 180-day month grace period.

41. 15 U.S.C. § 1692f of the FDCPA provides as follows:

**Unfair practices**

**A debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt.**

42. Capio used unfair or unconscionable means to collect a debt, in violation of 15 U.S.C. § 1692f, when it threated that a medical debt it could have already appeared on her credit report despite being well within the grace period for such debts appearing on a credit report.

43.     CF authorized, directed, and ratified every action taken by Capio on its behalf, and is liable for the acts and omissions of Capio, committed in connection with efforts to collect the alleged debt from Plaintiff. *See Fox v. Citicorp Credit Services, Inc.*, 15 F. 3d 1507 (9th Cir. 1994); *Pollice v. National Tax Funding, L.P.*, 225 F. 3d 379 (3rd Cir. 2000).

44.     CF Medical LLC bears the burden of monitoring the activities of those it enlists to collect debts on its behalf, including Capio. *Janetos v. Fulton Friedman & Gullace, LLP*, No. 15-1859, 2016 WL 1382174, at *7 (7th Cir. Apr. 7, 2016).

45.     Defendant's collection communications are to be interpreted under the "unsophisticated consumer" standard. *See, Gammon v. GC Services, Ltd. Partnership*, 27 F.3d 1254, 1257 (7th Cir. 1994).

## CLASS ALLEGATIONS

46.     Plaintiff, Sanjuanita Gonzalez, brings this action individually and as a class on behalf of:

   (1) all persons similarly situated in the State of Illinois;

   (2) from whom Defendant attempted to collect a debt;

   (3) by sending a letter stating that some of the accounts listed in the detail box can be and may be reported;

   (4) regarding medical debts less than 180 days delinquent;

   (5) sent between one year prior to the filing of this Class Action Complaint to the filing of this Class Action Complaint.

47.     Defendant regularly engages in debt collection, including attempting to collect defaulted consumer debts owed to others via the mails, in its regular course of business.

* 5 0 0 7 1 0 9 6 *

48.     As exhibit A is a form letter, the Class likely consists of more than 40 persons from whom Defendant attempted to collect a debt using the same or similar form letter and envelope.

49.     Plaintiff Gonzalez's claims are typical of the claims of the Class. Common questions of law or fact raised by this class action complaint affect all members of the Class and predominate over any individual issues. Common relief is therefore sought on behalf of all members of the Class. This class action is superior to other available methods for the fair and efficient adjudication of this controversy.

50.     The prosecution of separate actions by individual members of the Class would create a risk inconsistent or varying adjudications with respect to individual members of the Class and would, as a practical matter, either be dispositive of the interests of other members of the Class not party to the adjudication, or substantially impair or impede their ability to protect their interests.

51.     Plaintiff Gonzalez will fairly and adequately protect and represent the interests of the Class. The factual and legal issues raised by this class action complaint will not require extended contact with the members of the Class, because Defendant's conduct was perpetrated on all members of the Class and will be established by common proof.

52.     Moreover, Plaintiff Gonzalez has retained counsel that has experience in prior actions brought under the FDCPA.

## COUNT I- FAIR DEBT COLLECTION PRACTICES ACT

53.     Capio threatened an action that could not legally be taken, in violation of 15 U.S.C. §§ 1692e, 1692e(5) and 1692e(10), when it stated that a medical debt could and may be reported on Plaintiff's credit report when this was legally impossible.

* 5 0 0 7 1 0 9 6 *

54.     Capio used unfair or unconscionable means to collect a debt, in violation of 15

U.S.C. § 1692f, when it when it stated that a medical debt could and may be reported on

Plaintiff's credit report when this was legally impossible.

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in favor of

Plaintiff and the class, and against Defendant as follows:

A.     Statutory damages pursuant to 15 U.S.C. § 1692k(a)(2);

B.     Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k(a)(3);

C.     Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

By: s/Michael W. Drew
Michael W. Drew

Michael Drew
**Neighborhood Legal LLC**
20 N. Clark Suite 3300
Chicago, IL 60602
Ph: (312) 967-7220
mwd@neighborhoodlegal.com
Cook County No. 64324

Michael Wood
Celetha Chatman
**Community Lawyers LLC**
20 N. Clark Suite 3100
Chicago, IL 60602
Ph: (312) 757-1880
Fx: (312) 265-3227
cchatman@communitylawyersgroup.com
Cook County No. 60070

Return Date: No return date scheduled
Hearing Date: 8/9/2021 9:45 AM - 9:45 AM
Courtroom Number: 2508
Location: District 1 Court
      Cook County, IL

2021CH01715

* 5 0 0 7 1 0 9 6 *

FILED
4/9/2021 11:47 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021CH01715

12894952

# EXHIBIT A





# capío
P A R T N E R S

2222 Texoma Pkwy, Ste 150
Sherman, TX 75090

| Original Creditor: | NorthStar Anesthesia of Illinois LLC | |
|---|---|---|
| Current Creditor: | CF Medical LLC | |
| Patient: | SANJUANITA GONZALEZ | |
| Account # | Date of Service | Balance Due |
| 23347697 | 06/29/2020 | $64.04 |

November 13, 2020

---

**NOTICE OF DEBT**

---

Dear SANJUANITA GONZALEZ:

Your NorthStar Anesthesia of Illinois LLC account has been sold to CF Medical LLC. CF Medical LLC has placed your account with Capio Partners for collection. All payments and questions should be directed to Capio Partners to ensure prompt service and credit.

**WHAT CAN YOU DO?**
We are reasonable people to deal with and we know that times are tough  However, we need your assistance to help you resolve the above-referenced account. Remember, to ensure prompt service and credit, inquiries or payments should be made directly to Capio Partners.

**CAN THIS BE CREDIT REPORTED?**
Yes. Medical accounts may be reported to credit reporting agencies. Please be advised that we may report the failure to pay the account to credit-reporting agencies if you do not resolve the above-referenced account.

Office hours are Monday through Thursday 8AM to 7PM, Friday 8AM to 5PM and Saturday 8AM to NOON, Central Time. You may contact us toll-free at 888-887-6698. We offer several payment options. We can take your payment information over the phone or you may mail a check directly to our office or pay your account online. You will need this letter for reference in order to pay your account online.



**https://sanjuanitagonzalez60770.revexpress.com**
**PASSWORD:    F40A0C7**

---

**SEE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION**
***Detach Bottom Portion and Return With Payment***

DEPT 319    4756775120118
PO BOX 4115
CONCORD CA 94524

Reference#:  0035794603-A
Account #: 23347697

| Balance Due: $64.04 |
|---|

RETURN SERVICE REQUESTED

SANJUANITA GONZALEZ

Capio Partners LLC
P. O. Box 3209
Sherman, TX  75091

TCPMPY1-1111-1452791194-04907-4907

* 5 0 0 7 1 0 9 6 *

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector. Calls to and from this company may be monitored or recorded for quality purposes.

TCPMPY1-1111-1452791194-04907-4907

The privacy and security of your personal information is important to us. This notice will inform you about our policies and procedures concerning the personal information about you that we obtain, maintain and disclose in connection with the account(s) of yours that we own or owned. We collect nonpublic personal information about you that is obtained from one or more of the following sources:

1. Information we received from companies that sold us your account(s) (for example, applications, contracts, checks and other related forms or documents regarding your dealings with your original creditor);

2. Information about your transactions with us, our affiliates or others; and,

3. Information from skip-tracing companies and/or consumer-reporting agencies.

**PRIVACY NOTICE CONTINUED ON REVERSE SIDE.**

TCP_I-A13

TCPMPY1-1111-1452791194-04907.4907

S6128029*9D7

THE COMPANIES' PRIVACY NOTICE - This notice is being provided to you under the Gramm-Leach-Bliley Privacy Act, 15 U.S.C. sec. 6801 et seq. This notice has no reflection or bearing upon the status of your account.

INFORMATION WE MAY SHARE WITH OUR AFFILIATES - We may share identification (such as name and address), information about our transactions and experiences with you (such as payment history), and information that does not identify you, with one or more of our affiliates in order to better service your accounts.

INFORMATION WE MAY SHARE WITH NONAFFILIATED COMPANIES - We share all of the information we collect about you, as described above, with nonaffiliated companies, as permitted by law, to assist in the servicing of your account(s). For example, we:

1. May share information about you with companies that we use ("Servicers") to perform account servicing functions to manage and maintain your account and to process transactions that you have authorized;



CF Medical, LLC
CF Medical II, LLC
CF Medical V, LLC
CF Medical VI, LLC
CA Medical, LLC
CP Medical, LLC
ACF Medical Services Special Finance Unit, LLC

**Calls may be monitored or recorded for quality assurance.**

Dear Account Holder:

At CF Medical, LLC, CF Medical II, LLC, CF Medical V, LLC, CF Medical VI, LLC, CA Medical, LLC, CP Medical, LLC, ACF Medical Services Special Finance Unit, LLC and their affiliated companies (collectively the "Account Owners" or "we"), protecting the confidentiality and security of our account holders' information has always been an important part of the way we conduct our business. Below and on the back of this letter you will find our Privacy Notice which will provide you with information to help you understand how we handle the non-public personal information about you that we obtain from time to time.

This Privacy Notice is being sent to you on behalf of each of the Account Owners. To ensure that this important information reaches all of our account holders, we are mailing a copy of this letter to each account holder. If your account has been settled, the balance has been paid, the balance has been disputed, or if you have filed for bankruptcy protection, the status of your account shall not change as a result of this notice. If you are an account holder on more than one of our accounts, you may receive more than one letter regarding this Privacy Notice.

Please review the Privacy Notice contained below and on the back of this letter for an explanation of the Account Owners' policies and procedures regarding the use of non-public, personal information.

CF Medical, LLC, CF Medical II, LLC, CF Medical V, LLC, CF Medical VI, LLC, CA Medical, LLC, CP Medical, LLC, ACF Medical Services Special Finance Unit, LLC (collectively the "Companies," and "us" or "we" when referring to a particular company):

THE COMPANIES' PRIVACY NOTICE -- This notice is being forwarded to you in compliance with the Gramm-Leach-Bliley Privacy Act, 15 U.S.C. sec. 6801 et seq. This notice has no reflection or bearing upon the status of your account.

The privacy and security of your personal information is important to us. This notice will inform you about our policies and procedures concerning the personal information about you that we obtain, maintain and disclose in connection with the account(s) of yours that we own or owned. We collect nonpublic personal information about you that is obtained from one or more of the following sources:

1. Information we received from companies that sold us your account(s) (for example, applications, contracts, checks and other related forms or documents regarding your dealings with your original creditor);

2. Information about your transactions with us, our affiliates or others; and,

3. Information from skip-tracing companies and/or consumer-reporting agencies.

**PRIVACY NOTICE CONTINUED ON REVERSE SIDE.**

*  5 .0 0 7 1 0 9 6  *

INFORMATION WE MAY SHARE WITH OUR AFFILIATES - We may share identification (such as name and address), information about our transactions and experiences with you (such as payment history), and information that does not identify you, with one or more of our affiliates in order to better service your accounts.

INFORMATION WE MAY SHARE WITH NONAFFILIATED COMPANIES - We share all of the information we collect about you, as described above, with nonaffiliated companies, as permitted by law, to assist in the servicing of your account(s). For example, we:

1. May share information about you with companies that we use ("Servicers") to perform account servicing functions to manage and maintain your account and to process transactions that you have authorized;

2. May report information about you to consumer reporting agencies, government agencies in response to a subpoena, or others in connection with investigations (For example, if your account is closed as a result of a payment, settlement or otherwise, we report this to consumer reporting agency[ies]);

3. May share information about you with the original creditor from which we purchased your account and/or its servicers, or successors, to manage and maintain your account(s) and to process transactions that you have authorized; and

4. We may disclose identifiable information to another entity with which we enter into, or intend to enter into, a corporate transaction, such as, for example, a merger, consolidation, joint venture, acquisition, or asset purchase.

Because we respect your privacy, we do not sell, trade or otherwise disclose your identity or any other personal information about you to third parties for their marketing purposes.

CONFIDENTIALITY AND SECURITY OF YOUR ACCOUNT - We restrict access to nonpublic personal information about you to only those employees who need to know such information, and certain third parties as noted above. We maintain physical, electronic and procedural safeguards to protect your personal information. If we use other companies to provide services for us, we require them to keep the information we share with them safe and secure and we do not allow them to use or share the information for any purpose other than the job they are hired to do.

FURTHER INFORMATION: You may have other privacy protections under state or federal laws including the Fair Debt Collection Practices Act (FDCPA). This notice does not affect any rights or privacy protections provided by these laws. We may amend this privacy notice at any time, and will inform you of changes as required by law. For additional information concerning our privacy policy, you may write or contact our Servicer at: Capio Partners, LLC, P.O. Box 3209, Sherman, TX 75091. You may also contact 1-888-893-0171.

In accordance with the FDCPA: This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose.

Vermont Residents Only: Following the law of your state, we will not disclose nonpublic personal financial information about you to nonaffiliated third parties (other than as permitted by law) unless you authorize us to make that disclosure. Your authorization must be in writing. If you wish to authorize us to disclose your nonpublic personal financial information to nonaffiliated third parties, you may write us at: P.O. Box 3209, Sherman, TX 75091.